MARC J. FAGEL (Cal. Bar No. 154425)
MICHAEL S. DICKE (Cal. Bar No. 158187)
JOHN S. YUN (Cal. Bar No. 112260)
 (yunj@sec.gov)
SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
 (ocallaghans@sec.gov)
KRISTIN A. SNYDER (Cal. Bar No. 187175)
 (snyderk@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK JOSEPH PETERSON BOUCHER and GARY PAUL JOHNSON,<br><br>Defendants. | Case No. CV 08 4088 MEJ<br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 18 U.S.C. § 636(c), the undersigned parties hereby consents to have a United States Magistrate Judge conduct any and all further proceedings in this

case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed before a United States District Judge.

Dated: September 3, 2008

                                    Respectfully submitted,

By: _____
      Marc J. Fagel
      Michael S. Dicke
      John S. Yun
      Sheila E. O'Callaghan
      Kristin A. Snyder

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

1  case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed
2  before a United States District Judge.
3  Dated: September 2, 2008

                        Respectfully submitted,

                        By: _____
                              John Cotton
                              Cotton & Gundzik LLP

                        Attorney for Defendant Mark J.P. Boucher

1 | case, including trial, and order the entry of final judgment, and voluntarily waives the right to proceed
2 | before a United States District Judge.
3 | Dated: September 2, 2008

                      Respectfully submitted,

                      By: *[signature]*
                      Gary Grant
                      The Grant Law Corporation

                      Attorney for Defendant Gary P. Johnson

Case No. CV 08 4088 MEJ