IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 08-4088 MEJ |
| Plaintiff(s), | **ORDER FOR CLERK OF COURT TO CLOSE FILE** |
| vs. | |
| BOUCHER, et al., | |
| Defendant(s). | |

On September 4, 2008, the Court entered final judgment as to Defendants Mark Boucher and Gary Johnson. (Dkt. ##8, 9.) Accordingly, the Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: September 4, 2008

MARIA-ELENA JAMES
United States Magistrate Judge