MARC J. FAGEL (Cal. Bar No. 154425)
MICHAEL S. DICKE (Cal. Bar No. 158187)
JOHN S. YUN (Cal. Bar No. 112260)
  (yunj@sec.gov)
SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
  (ocallaghans@sec.gov)
KRISTIN A. SNYDER (Cal. Bar No. 187175)
  (snyderk@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MARK JOSEPH PETERSON BOUCHER and GARY PAUL JOHNSON,<br><br>Defendants. | Case No. CV 08 4088 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party to this action. On September 3, 2008, I served the following:

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

via U.S. MAIL addressed to the following:

John Cotton, Esq.
Cotton & Gundzik LLP
624 South Grand Avenue, 22nd Floor
Los Angeles, CA 90017-5554
Counsel for Defendant Mark J.P. Boucher

1  Gary Grant, Esq.
   The Grant Law Corporation
2  55 Bluff Cove Drive
   Aliso Viejo, CA 92656
3  Counsel for Defendant Gar P. Johnson

4      I declare under penalty of perjury that the statements made above are true and correct.

5      Executed in San Francisco, California on September 3, 2008.

6

7  *[signature]*
   Janet L. Johnston

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28