```
 1  MARC J. FAGEL (Cal. Bar No. 154425)
    MICHAEL S. DICKE (Cal. Bar No. 158187)
 2  JOHN S. YUN (Cal. Bar No. 112260)
      (yunj@sec.gov)
 3  SHEILA E. O'CALLAGHAN (Cal. Bar No. 131032)
      (ocallaghans@sec.gov)
 4  KRISTIN A. SNYDER (Cal. Bar No. 187175)
      (snyderk@sec.gov)
 5
    Attorneys for Plaintiff
 6  SECURITIES AND EXCHANGE COMMISSION
    44 Montgomery Street, Suite 2600
 7  San Francisco, California 94104
    Telephone: (415) 705-2500
 8  Facsimile: (415) 705-2501
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>vs.<br><br>MARK JOSEPH PETERSON BOUCHER and GARY PAUL JOHNSON,<br><br>  Defendants. | Case No. CV 08 4088 MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party to this action. On September 4, 2008, I served the following:

    FINAL JUDGMENT AS TO DEFENDANT MARK J.P. BOUCHER

    FINAL JUDGMENT AS TO DEFENDANT GARY P. JOHNSON

    ORDER FOR CLERK OF COURT TO CLOSE FILE

    via U.S. MAIL addressed to the following:

John Cotton, Esq.
Cotton & Gundzik LLP
624 South Grand Avenue, 22nd Floor
Los Angeles, CA 90017-5554
Counsel for Defendant Mark J.P. Boucher

1  Gary Grant, Esq.
   The Grant Law Corporation
2  55 Bluff Cove Drive
   Aliso Viejo, CA 92656
3  Counsel for Defendant Gary P. Johnson

4      I declare under penalty of perjury that the statements made above are true and correct.

5      Executed in San Francisco, California on September 4, 2008.

*[signature]*
Janet L. Johnston