1  MARC J. FAGEL (Cal. Bar No. 154425)
   JOHN S. YUN (Cal. Bar No. 112260)
2   (yunj@sec.gov)
   KRISTIN A. SNYDER (Cal. Bar No. 187175)
3   (snyderk@sec.gov)

4  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
5  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
6  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV 08 4088 MEJ |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| MARK JOSEPH PETERSON BOUCHER and GARY PAUL JOHNSON, | |
| Defendants. | |

   I, Janet L. Johnston, am a citizen of the United States, over 18 years of age and not a party to this action. On October 8, 2008, I served the following:

   PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S NOITCE OF RELATED CASE

   via U.S. MAIL addressed to the following:

John Cotton, Esq.
Cotton & Gundzik LLP
624 South Grand Avenue, 22nd Floor
Los Angeles, CA 90017-5554
Counsel for Defendant Mark J.P. Boucher

| | |
|---|---|
| 1 | Gary Grant, Esq.<br>The Grant Law Corporation |
| 2 | 55 Bluff Cove Drive<br>Aliso Viejo, CA 92656 |
| 3 | Counsel for Defendant Gary P. Johnson |
| 4 | John Earl Brake |
| | 2116 Vista Entrada |
| 5 | Newport Beach, CA 92626 |
| | Pro Se Defendant in Securities and Exchange Commission v. John Earl Brake |
| 6 | |
| 7 | I declare under penalty of perjury that the statements made above are true and correct. |
| 8 | Executed in San Francisco, California on October 8, 2008. |

*[signature]*
Janet L. Johnston